Order Regarding Motion for Sentence Reduction   (Modified AO 247)

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Mississippi

**FILED**

JAN 0 6 2009

DAVID CREWS, CLERK
By _S. Adams_
Deputy

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 1:03CR00034-M |
| | ) | USM No. 11762-042 |
| Curtis E. Moore | ) | |
| | ) | |
| | ) | |
| Date of Previous Judgment: April 1, 2004 | ) | Defendant's Attorney: Federal Public Defender N.D. |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon agreed motion of [X] the defendant, [X] the U.S. Attorney, [ ] the Director of the Bureau of Prisons, [ ] the court, under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months **is reduced to 121 months,**

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | | Amended Offense Level: | 32 |
| Criminal History Category: | I | | Criminal History Category: | I |
| Previous Guideline Range: | 151-188 months | | Amended Guideline Range: | 121-151 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE (Prior to any departures)

[X] The reduced sentence is within the amended guideline range.

[ ]     The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ]     Other (explain):

### III. ADDITIONAL COMMENTS: This order becomes effective on the date(s) listed below. If the sentence imposed is less than the term already served, the sentence is reduced to a "time served" sentence.

Except as provided above, all provisions of the judgment dated April 1, 2004 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _29 December 2008_

_[signature]_
U.S. District Court Judge

Effective Date: _____
(if different from order date)